IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,
    Plaintiff,

vs.                                      Case No.: 3:15cv95/RV/EMT

EDWARD MEADOWS, et al.,
    Defendants.
_____/

# **O R D E R**

        This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 6, 2016 (ECF No. 27).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  The plaintiff filed a motion requesting appointment of counsel (doc.28), which has been denied by order entered July 6, 2016 (doc. 29).

        Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.      Plaintiff's federal claims are **DISMISSED with prejudice** for failure to

state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's state law claims are **DISMISSED without prejudice**.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 7th day of July, 2016.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:15cv95/RV/EMT